## FIRST DEPARTMENT, APRIL, 1975

## (April 3, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EFRAIN SANTIAGO, Appellant.—Judgment, Supreme Court, Bronx County, rendered on April 5, 1973, convicting defendant, after a jury trial, of the crimes of murder and possession of weapon as a misdemeanor and sentencing him to concurrent terms of from 18 years to life and one year respectively, unanimously modified, on the law, to the extent of reversing the conviction for possession of a weapon, vacating the sentence imposed thereon and dismissing that count of the indictment, and otherwise affirmed. On the facts in the record, possession of a weapon as a misdemeanor was a lesser inclusory count of murder. There was no proof of possession independent of the crime of murder. A conviction upon the higher offense is deemed a dismissal of the lesser offense submitted to the jury. CPL 300.40 (subd 3, par [b]) and the People so concede. Concur—Stevens, P. J., Kupferman, Capozzoli, Nunez and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOE MARRERO, Appellant.—Judgment, Supreme Court, New York County, rendered on January 31, 1973, convicting defendant upon his plea to the full indictment of the crimes of attempted murder, assault in the first and second degrees, robbery in the first and second degrees, kidnapping in the second degree, unlawful imprisonment in the first degree, grand larceny in the second degree and possession of a weapon as a felony, unanimously modified, on the law, to reverse and vacate the conviction of grand larceny in the second degree, and as so modified is otherwise affirmed. (People v Cox, 46 AD2d 641; but, see, People v Wanamaker, 47 AD2d 717.) Concur—Kupferman, Capozzoli, Nunez and Lynch, JJ.; Stevens, P. J., concurs on constraint of People v Cox (46 AD2d 641).